IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTEGRAL DEVELOPMENT CORPORATION,<br><br>    Plaintiff,<br><br>  v.<br><br>VIRAL TOLAT and DOES 1-20, inclusive,<br><br>    Defendants.<br>_____/ | No. C 12-06575 JSW<br><br>**ORDER SETTING HEARING AND BRIEFING SCHEDULE ON PLAINTIFF'S APPLICATION FOR TEMPORARY RESTRAINING ORDER** |

On January 4, 2013, plaintiff Integral Development Corporation ("Plaintiff") filed an *ex parte* application for a temporary restraining order against defendant Viral Tolat ("Defendant"). The Court HEREBY ORDERS that Defendant shall file an opposition to Plaintiff's application by no later than 9:00 a.m on January 7, 2013. Defendant shall deliver directly to chambers a copy of his opposition papers by no later than 9:30 a.m. on January 7, 2013. Plaintiff may file a reply by no later than 9:00 a.m. on January 8, 2013, with delivery of a copy to chambers by no later than 9:30 a.m. of that same day. The Court will conduct a hearing on Plaintiff's application at 9:00 a.m. on January 10, 2013.

**IT IS SO ORDERED.**

Dated: January 4, 2013

                                                      JEFFREY S. WHITE<br>
                                                      UNITED STATES DISTRICT JUDGE