UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| INTEGRAL DEVELOPMENT CORP, | No. C 12-06575 JSW (LB) |
| Plaintiff(s), | **NOTICE OF REFERRAL AND ORDER RE DISCOVERY PROCEDURES** |
| v. | |
| VIRAL TOLAT, | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The district court has referred all discovery matters to United States Magistrate Judge Laurel Beeler. Order of Referral, ECF No. 45. The parties shall comply with all applicable requirements in Judge Beeler's standing order (attached), including all procedures regarding resolution of discovery disputes.

**IT IS SO ORDERED.**

Dated: January 11, 2013

_____
LAUREL BEELER
United States Magistrate Judge

C 12-06575 JSW (LB)
NOTICE OF REFERRAL AND ORDER