UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| INTEGRAL DEVELOPMENT CORP,<br><br>             Plaintiff,<br>   v.<br>VIRAL TOLAT,<br><br>             Defendant.<br>_____/ | No. C 12-06575 JSW (LB)<br><br>**ORDER DIRECTING PLAINTIFF TO LODGE WITH CHAMBERS NEW, UNREDACTED VERSIONS OF THE PARTIES' JOINT DISCOVERY LETTER BRIEFS AND RELATED DOCUMENTS** |

On January 10, 2013, Judge White referred all discovery disputes in this action to a magistrate judge for resolution. Order of Referral, ECF No. 45. The next day, the action was assigned to the undersigned. Docket Entry Dated January 11, 2013.

On April 11, 2013, the parties filed redacted versions of two joint discovery letters briefs describing two discovery disputes. Joint Discovery Letter Brief No. 1, ECF No. 55; Joint Discovery Letter Brief No. 2, ECF No. 56. Plaintiff also filed redacted versions of two declarations in support of its positions in these two joint discovery letter briefs. Sandhu Declaration, ECF No. 57; Berryhill Declaration, ECF No. 58. Thereafter, Plaintiff filed two administrative motions requesting permission to file portions of the two joint discovery letter briefs and the Sandhu and Berryhill Declarations under seal. First Administrative Motion, ECF No. 59; Second Administrative Motion, ECF No. 60.

On April 15, 2013, the undersigned's chambers received unredacted copies of the two joint discovery letter briefs and the Sandhu and Berryhill Declarations. These unredacted copies,

however, do not highlight the portions of the letters and declarations that Plaintiff seeks to file under seal. To be sure, the undersigned could compare, page by page and line by line, the redacted versions with the unredacted versions to determine which portions Plaintiff seeks to file under seal, but the undersigned believes this is a job more appropriately suited for counsel. Accordingly, no later than April 18, 2013, Plaintiff is directed to submit new, unredacted versions of the two joint discovery letter briefs and the Sandhu and Berryhill Declarations with the portions that Plaintiff seeks to file under seal highlighted in yellow.

In addition, the new copies that Plaintiff provides should be "three-hole-punched, two-sided cop[ies] unless another format makes more sense (e.g., for spreadsheets, pictures, or exhibits)" as required by the undersigned's standing order.

**IT IS SO ORDERED.**

Dated: April 15, 2013

_____
LAUREL BEELER
United States Magistrate Judge

C 12-06575 JSW (LB)
ORDER

2