1  JACK RUSSO (State Bar No. 96068)
   CHRISTOPHER SARGENT (State Bar No. 246285)
2  COMPUTERLAW GROUP LLP
   401 Florence Street
3  Palo Alto, CA 94301
   Telephone: (650) 327-9800
4  Facsimile: (650) 618-1863
   E-mail: jrusso@computerlaw.com
5          csargent@computerlaw.com

6  Attorneys for Plaintiff
   INTEGRAL DEVELOPMENT CORP.
7
                    IN THE UNITED STATES DISTRICT COURT
8
                IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
                           SAN FRANCISCO DIVISION
10

11 | INTEGRAL DEVELOPMENT CORP, a California corporation, | Case No.: 3:12-cv-06575-JSW (LB)
12 |                                                      | **STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**
13 |                       Plaintiff,                     |
14 |                         v.                           | **Civ. L.R. 16-8 and ADR L.R. 3, 6**
15 | VIRAL TOLAT, an individual, and DOES 1-20,           |
16 |                       Defendant.                     |

17

18

19

20

21

22

23

24

25

26

27

28

## STIPULATION

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation, as permitted by Civil Local Rule 16-8 and ADR Local Rule 3-5:

The parties agree to participate in the magistrate-supervised mediation ADR process provided by ADR Local Rule 6. The parties agree to hold the ADR session by June 7, 2013.

The parties respectfully request referral to either of the following magistrates for mediation:

Magistrate Judge Jacqueline Corley or
Magistrate Judge Nathaniel Cousins.

Stipulated and respectfully submitted,

Dated: April 29, 2013   COMPUTERLAW GROUP LLP

By:   /s/Jack Russo
Jack Russo
Christopher Sargent

Attorneys for Plaintiff
INTEGRAL DEVELOPMENT CORP.

Dated: April 29, 2013   KATIN MUCHIN ROSENMAN LLP

By:   /s/ Steven G. Eckhaus
Steven G. Eckhaus, *pro hac vice*
Stuart M. Richter

Attorneys for Defendant
VIRAL TOLAT

## ATTORNEY ATTESTATION

As required by General Order 45, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from the signatories indicated by a conformed signature (/s/) within this e-filed document.

/s/ Jack Russo
Jack Russo, Esq.

## [~~PROPOSED~~] ORDER

The parties' stipulation is adopted and this matter is referred to Magistrate Judge _____ for mediation. IT IS SO ORDERED.

Dated: April 30, 2013

The Honorable Jeffrey S. White
United States District Judge