JACK RUSSO (State Bar No. 96068)
CHRISTOPHER SARGENT (State Bar No. 246285)
COMPUTERLAW GROUP LLP
401 Florence Street
Palo Alto, CA 94301
Telephone: (650) 327-9800
Facsimile: (650) 618-1863
E-mail: jrusso@computerlaw.com
csargent@computerlaw.com

Attorneys for Plaintiff
INTEGRAL DEVELOPMENT CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INTEGRAL DEVELOPMENT CORPORATION, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>VIRAL TOLAT, an individual,<br><br>Defendant. | Case No. 3:12-cv-06575-JSW<br><br>**[PROPOSED] ORDER ON ADMINISTRATIVE MOTION FOR EARLY TELEPHONIC CASE MANAGEMENT CONFERENCE** |

## [PROPOSED] ORDER

PURSUANT TO GOOD CAUSE SHOWN, the Integral's request for an early ~~Telephone~~ Case Management Conference is GRANTED and shall be held on ~~April~~ May 10, 2013 at 1:30 P.M. P.S.T. ~~by telephone~~ in court; all previous orders and schedules remain in effect.  An updated joint case management statement shall be filed no later than May 6, 2013.

**IT IS SO ORDERED.**

DATED: May 2, 2013

_____
The Honorable Jeffrey S. White
United States District Judge