JACK RUSSO (State Bar No. 96068)
CHRISTOPHER SARGENT (State Bar No. 246285)
COMPUTERLAW GROUP LLP
401 Florence Street
Palo Alto, CA 94301
Telephone: (650) 327-9800
Facsimile: (650) 618-1863
E-mail: jrusso@computerlaw.com
        csargent@computerlaw.com

Attorneys for Plaintiff
INTEGRAL DEVELOPMENT CORP.

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INTEGRAL DEVELOPMENT CORP, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>VIRAL TOLAT, an individual, and DOES 1-20,<br><br>Defendant. | Case No.: 3:12-cv-06575-JSW (LB)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

# JOINT STIPULATION

WHEREAS, on January 4, 2013, the Court issued an Order Setting Case Management Conference and Requiring Joint Case Management Conference Statement (Dkt. 17), setting the Case Management Conference for April 19, 2013, at 1:30 p.m. in Department 11;

WHEREAS, on April 1, 2013, the parties files a Joint Stipulation and [Proposed] Order Continuing the Case Management Conference (Dkt. 53); on April 2, 2013, granted the Joint Stipulation and Order Continuing the Case Management Conference (Dkt. 54) continuing the Case Management Conference to June 14, 2013;

WHEREAS, on April 19, 2013, Plaintiff filed an Administrative Motion for Early Telephonic Case Management Conference (Dkt. 63); on May 2, 2013, the Court issued an order granting Plaintiff's Administrative Motion for Early Telephonic Case Management Conference (Dkt. 71) setting the Case Management Conference to May 10, 2013;

WHEREAS, on April 29, 2013, the parties filed a Joint Stipulation requesting Mediation (Dkt. 69); on April 30, 2013, the Court referred the case to Magistrate Judge Corley (Dkt. 70 and text entry);

WHEREAS, on May 6, 2013, the parties conducted a call with Magistrate Judge Corley setting a settlement conference/mediation date of May 22, 2013;

IT IS HEREBY STIPULATED and agreed that, to ensure that the Case Management Conference is as efficacious as possible, the parties request that the Court continue the May 10, 2013, Case Management Conference so that it occurs after the parties' mediation; specifically, the parties request a new Case Management Conference date of **May 24, 2013** following the scheduled mediation.

**IT IS SO STIPULATED**

Dated:  May 6, 2013                        COMPUTERLAW GROUP LLP

                                           By:     /s/Jack Russo
                                                   Jack Russo

                                           Attorneys for Plaintiff
                                           INTEGRAL DEVELOPMENT CORP.

Dated:  May 6, 2013                        KATTEN MUCHIN ROSENMAN LLP

                                           By:     /s/ Steven G. Eckhaus
                                                   Steven G. Eckhaus, *pro hac vice*
                                                   Stuart M. Richter

                                           Attorneys for Defendant
                                           VIRAL TOLAT

**ATTORNEY ATTESTATION**

As required by General Order 45, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from the signatories indicated by a conformed signature (/s/) within this e-filed document.

                                          /s/  Jack Russo
                                          Jack Russo, Esq.

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION AND GOOD CAUSE SHOWN, the parties' joint request is GRANTED and the May 10, 2013, Case Management Conference is continued and shall be held on _May 24_____, 2013.at 1:30 p.m.

**IT IS SO ORDERED.**

Dated:   May 8, 2013

                                          _/s/ Jeffrey S. White_____
                                          The Honorable Jeffrey S. White
                                          United States District Judge