# EXHIBIT 6

## Lucy Goodnough

| | |
|---|---|
| **From:** | Eckhaus, Steven G. <steven.eckhaus@kattenlaw.com> |
| **Sent:** | Saturday, May 04, 2013 4:24 AM |
| **To:** | Robert Lux; Belosa, Evan A. |
| **Cc:** | Jack Russo; Lucy Goodnough; Boris Lubarsky |
| **Subject:** | RE: Integral v. Tolat (Independent Expert) |

Rob,

Your proposed protocol for the Dropbox examination is fine, with these qualifications

a.  When you provide Mr. Hanners with the list of Integral files uploaded to Dropbox , you will provide us with that list as well. The list should include the date the file was uploaded to Dropbox, an should identify the computer from which the files were uploaded.

b.  I reserve comment on your statement that this procedure is, at least in part, to determine if this is the correct Dropbox account. Let's see what Mr. Hanners finds first.

c.  EBS files uploaded to Dropbox are off limits at this stage.

d.  Documents containing attorney-client communications and other privileged communications are off limits at this stage.

I will forward these instructions to Mr. Hanners. If these are not acceptable, please let me know this morning.

Regards,

Steve

**Steven G. Eckhaus**
Partner
Katten Muchin Rosenman LLP
575 Madison Avenue / New York, NY 10022-2585
p / (212) 940-8860 f / (212) 894-5925
steven.eckhaus@kattenlaw.com / www.kattenlaw.com

**From:** Robert Lux [mailto:rlux@computerlaw.com]
**Sent:** Friday, May 03, 2013 5:54 PM
**To:** Eckhaus, Steven G.; Belosa, Evan A.
**Cc:** Jack Russo; Lucy Goodnough; Boris Lubarsky
**Subject:** Integral v. Tolat (Independent Expert)

Steve,

Thank you for sending us the SOW and related correspondence that you sent to the independent expert Mr. Hanners (attached). While I understand that the initial SOW may be only a "preliminary" list of tasks for Mr. Hanners, we should clear up the scope of Mr. Hanners' examination of Dr. Tolat's Dropbox account.

Your letter to Mr. Hanners regarding the SOW notes that Mr. Hanners is to "confirm that Integral data has been deleted from Dropbox." That is only one of the tasks that he must complete. As stated in the Court's Order, reiterated in my April 24 email to you, and confirmed during our April 25 telephone conference, <u>Dr. Tolat is required to give Integral access to Dr. Tolat's Dropbox account.</u> We have provided clear and undisputed evidence that Dr. Tolat uploaded a large number of highly confidential Integral documents onto an online Dropbox account shortly before leaving Integral. As you will recall, during the conference with Magistrate Judge Beeler, you "offered to have Integral review [Tolat's] Dropbox account" (taken verbatim from the Court's Order). Accordingly, Integral requires, without limitation, the following initial tasks to be completed by Mr. Hanners relating to Dropbox:

a. Integral will provide to Mr. Hanners a list of all Integral files that Integral has identified at this point that Dr. Tolat uploaded onto Dropbox. Mr. Hanners will confirm that these files exist or existed at one time in the account. This must be done to assure that Mr. Hanners is reviewing the proper account.

b. Mr. Hanners will determine whether each of the files still exists in the account or the date on which it was deleted.

c. Mr. Hanners will determine whether and when any Integral files were transferred from Dropbox to any other Dropbox account or to any other media.

d. Mr. Hanners will provide a list of all files in the account by dividing the data into three categories: (1) information that is clearly confidential Integral data (and he will return such data); (2) information that may be Integral confidential data; and, (3) information that is clearly Dr. Tolat's personal data. For the last two categories, a process similar to a privilege log would work best: the expert would list the file name, file description and file location, and we will review the log for compliance.

Please confirm that we are in agreement with this initial scope of review of the Dropbox account.

Best Regards,

Robert Lux
Attorney at Law
COMPUTERLAW GROUP LLP
401 Florence Street
Palo Alto, CA 94301  USA
001-408-892-8413
001-650-327-9800
rlux@computerlaw.com
www.computerlaw.com

============================================================
CIRCULAR 230 DISCLOSURE: Pursuant to Regulations Governing Practice Before the Internal Revenue
Service, any tax advice contained herein is not intended or written to be used and cannot be used
by a taxpayer for the purpose of avoiding tax penalties that may be imposed on the taxpayer.
============================================================
CONFIDENTIALITY NOTICE:
This electronic mail message and any attached files contain information intended for the exclusive
use of the individual or entity to whom it is addressed and may contain information that is
proprietary, privileged, confidential and/or exempt from disclosure under applicable law. If you
are not the intended recipient, you are hereby notified that any viewing, copying, disclosure or

distribution of this information may be subject to legal restriction or sanction.  Please notify
the sender, by electronic mail or telephone, of any unintended recipients and delete the original
message without making any copies.
============================================================
NOTIFICATION:  Katten Muchin Rosenman LLP is an Illinois limited liability partnership that has
elected to be governed by the Illinois Uniform Partnership Act (1997).
============================================================

## Eckhaus, Steven G.

| | |
|---|---|
| **From:** | Eckhaus, Steven G. |
| **Sent:** | Friday, May 03, 2013 9:06 AM |
| **To:** | Robert O'Leary |
| **Cc:** | Kevin Golas; Jay Grant; Timothy Hanners; Stephanie Stallard |
| **Subject:** | RE: AccessData Statement of Work Integral Development Corp v. Viral Tolat |
| **Attachments:** | DISCOVERY ORDER JLB 1 and 2 BEELER.pdf |

Bob,

I have your Statement of Work,:

1. The scope of work is, in the first instance, defined in the Order of Magistrate Judge Laurel Beeler, a copy of which is attached.
2. The Blackberry mobile phone data storage memory card, and a "roaming" card for overseas calls, are in the possession of Integral's forensic examiner, Jon Berryhill, and we will have to make arrangements to get those cards from him and to you.
3. The Scope of Work should include a review of Dr. Tolat's Dropbox to confirm that Integral Data has been deleted from Dropbox.
4. The "personal data" on Dr. Tolat's personal hard drive is to be copied onto a hard drive and returned to Dr. Tolat.
5. The examination of the hard drive should also confirm whether or not Integral data was deleted from that hard drive in November 2012, regardless of whether that data is recoverable.

I will e-mail a signed SOW to you today, with a hard copy to follow.  Let me know how you want to take possession of the hard drive.

Best regards,

Steve


**Steven G. Eckhaus**
Partner
Katten Muchin Rosenman LLP
575 Madison Avenue / New York, NY 10022-2585
p / (212) 940-8860 f / (212) 894-5925
steven.eckhaus@kattenlaw.com / www.kattenlaw.com
**From:** Robert O'Leary [mailto:roleary@accessdata.com]
**Sent:** Wednesday, May 01, 2013 3:59 PM
**To:** Eckhaus, Steven G.
**Cc:** Kevin Golas; Jay Grant; Timothy Hanners; Stephanie Stallard
**Subject:** AccessData Statement of Work Integral Development Corp v. Viral Tolat

Mr. Eckhaus,

Thank you for the opportunity to submit this Statement of Work on the Integral V. Tolat matter.  Please confirm receipt of this SOW.  Once we have received a signed copy, we can make arrangements to have the items shipped to our Houston facility.

Please feel free to contact me at your convenience if you have any questions.

We look forward to working with you,
Bob


Robert J. O'Leary, CFCE; DFCP
Senior Manager, Professional Services
AccessData Group, LLC
830 NE Orchid Bay Drive
Boca Raton, Fl. 33487
Phone:  908-315-5742
Email: roleary@accessdata.com

 **AccessData**

Digital Forensics • E-Discovery • Legal Review • Cyber Security
Join our growing community on Twitter, LinkedIn, eDiscoveryInsight Blog and Facebook


PROTECTED; PERSONAL AND CONFIDENTIAL: This email message and all attachments are for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. AccessData does not represent, warrant or guarantee that the integrity of this communication has been maintained nor that the communication is free of errors, virus or interference.

2



# STATEMENT OF WORK

## FOR

## KATTEN MUCHIN ROSENMAN LLP
## 575 MADISON AVENUE
## NEW YORK, NY 10022-2585

STEVEN G. ECKHAUS, PARTNER
STEVEN.ECKHAUS@KATTENLAW.COM
PHONE (212) 940-8860
FAX (212) 894-5925

MAY 1, 2013

ACCESSDATA PROJECT NUMBER # 1007103235-2013-0001

Copyright 2010, AccessData Group, LLC All rights reserved.
Owner: / Subject to Nondisclosure Agreement / Secure disposal required

AccessData Group CONFIDENTIAL

Katten Muchin Rosenman, LLP.
Project Number: 1007103235-2013-0001
5/1/2013

## Statement of Work

This Statement of Work ("SOW") shall evidence the services to be provided hereunder pursuant to the terms and conditions of the Nondisclosure Agreement ("Agreement") between ACCESSDATA GROUP, ("AccessData"), and Katten Muchin Rosenman LLP, ("Client"). To the extent that any terms and conditions contained in the Agreement are in conflict with or in addition to the terms and conditions of this SOW, the terms and conditions of this SOW shall control.

This SOW, dated May 1, 2013, describes the work to be performed by AccessData for Katten Muchin Rosenman, LLP, 575 Madison Avenue, New York, NY 10022-2585.

## 1   PROJECT SCOPE

A. Collection – AccessData will conduct a forensic image file collection of the following items which will be shipped to AccessData Group, LLC. Willowbrook Building 3rd Floor, 7915 FM 1960 Houston, TX 77070 Attention: John Minotti

    i. Data storage media, including computers, hard drives or any storage devices from Mr. Viral Tolat may have used to synchronize, access, download or otherwise be caused to contain data belonging to Integral Development Corporation.

    ii. Blackberry mobile phone data storage memory card

B. Analysis – AccessData will perform a forensic analysis of the forensic images for evidence related to the misappropriation of trade secrets, improper dissemination, transfer or movement of any data or information belonging to Integral Development Corporation from that computer and when such actions took place.

C. Reporting – AccessData will provide Katten Muchin Rosenman, LLP a report of the findings forensic analysis.

D. Expert Testimony – AccessData will provide expert testimony regarding the forensic analysis, the findings of that analysis and the report.

## 2   PROJECT DETAILS

### SERVICES PROVIDED (WORK TO BE PERFORMED BY ACCESSDATA)

AccessData will perform the forensic collection of the hard drive and data storage media from Mr. Viral Tolat at the AccessData Forensic facility located at 7915 FM 1960 Houston, TX 77070. AccessData forensic examiners will then conduct a forensic examination on the acquired digital evidence to determine if any data from Integral Development Corporation has been compromised, improperly disseminated to others or improperly exported, copied, moved or transferred to another data storage location. AccessData will provide a findings report to Mr. Steven G. Eckhaus, Partner, Katten Muchin Rosenman, LLP, and AccessData will provide Expert Testimony as to the forensic analysis and report as necessary.

Katten Muchin Rosenman, LLP
Project Number: 1007103235-2013-0001
5/1/2013

## 3   PROJECT ASSUMPTIONS

1. The rates contained within this SOW do not include travel or living expenses. The Client is responsible for shipping the computer to the designated AccessData facility with appropriate shipment tracking. Return shipping costs will be added to the final invoice. No travel or living expenses are anticipated for project work detailed in this SOW.

2. A Client contact will be assigned to the engagement by Katten Muchin Rosenman LLP., and will be available to provide technical information in necessary.

3. If the project timeline and deliverables are delayed by the Client, AccessData reserves the right to delay the deliverables for a period equivalent to the Client delay. If a resolution of the Client delay is not reached within 48 hours of the delay, AccessData reserves the right to charge the Client on a "per hour" or "daily rate" agreed upon per consultant.

4. If the client fails to meet the Assumptions presented in this SOW and as a result AccessData's final deliverables are negatively affected in any way, the client is still under obligation for the full amount of the original price quote.

5. AccessData will conduct this service during normal working hours. AccessData's business management contact must schedule and approve holiday, evening and weekend activity in advance. AccessData will bill such time at a 25% surcharge.

6. Client acknowledges that they have full authority to authorize collections and is in full compliance with any/all local and international data privacy law(s).

## 4   PROJECT COST AND BILLING INFORMATION

**Estimate for Project**

Forensic Consulting

| | |
|---|---|
| $250.00 | Per Hour |
| 20 | Estimate For Hours Per Consultant |
| 1 | Consultant |
| **$5,000.00** | **Subtotal for Consulting** |

Expert Witness Testimony
(If necessary)

| | |
|---|---|
| $500.00 | Per Hour |
| TBD | Estimate For Hours Per Consultant |
| 1 | Consultant |
| **$TBD** | **Subtotal for Testimony** |

Expert Witness Standby Time
(If necessary)

| | |
|---|---|
| $300.00 | Per Hour |
| TBD | Estimate For Hours Per Consultant |
| 1 | Consultant |
| **$TBD** | **Subtotal for Testimony Standby** |

Robert J. O'Leary

AccessData Group Statement of Work.                     Project Number: 1304150011-2013-0001

Page 2

Katten Muchin Rosenman, LLP
Project Number: 1007103235-2013-0001
5/1/2013

| Administrative Fee | | |
|---|---|---|
| | 10% | Percent of Billable Hours |
| | $500.00 | Subtotal for Administrative Fees |
| Expenses | | |
| | TBD | Airfare |
| | TBD | Hotel |
| | TBD | Train |
| | TBD | Taxi |
| | TBD | Rental Car/Mileage |
| | TBD | Parking |
| | TBD | Per Diem |
| | $175.00 | External Hard Drive (under 500gb) |
| | $200.00 | External Hard Drive (over 500gb) |
| | TBD | Return Shipping Cost |
| | $5,500.00 | Total Estimate |

Point of Contact, Billing Information

Mr. Steven G. Eckhaus, Partner,
Katten Muchin Rosenman LLP
575 Madison Avenue
New York, NY 10022-2585

The project cost is calculated at the above rate. Costs in this section are valid for 15 days from the date of this SOW.

Client will be billed for services monthly. Payment is due 30 days from receipt of invoice. All pre-paid service payments are due upon receipt of invoice.

Any additional work beyond what has been stated above will require a new signed SOW before proceeding with additional work.

Katten Muchin Rosenman, LLP
Project Number: 1007103235-2013-0001
5/1/2013

**5    SIGNATURE OF AGREEMENT**

The authorized signer from Katten Muchin Rosenman LLP represents that he/she has complete authority to represent Katten Muchin Rosenman LLP in contractual negotiations.

By: _____

Print name: _Steven Eckhous_____ Title: _Partner_____

Acknowledged and agreed to by an authorized representative of AccessData:

By: _____

Print name: _Robert J. O'Leary_____ Title: _Senior Manager, Professional Services_

EDRM Model Code of Conduct



www.edrm.net/projects/mcoc

We self-certify compliance with:



U.S • EU
**SAFEHARBOR**
U.S. DEPARTMENT OF COMMERCE

AccessData Privacy Statement