# EXHIBIT 7



April 23, 2013

**VIA FEDEX AND EMAIL**

Jack Russo
Computerlaw Group LLP
401 Florence St.
Palo Alto, CA 94301
Email: jrusso@computerlaw.com

Re: Integral Development Corp. v. Viral Tolat, 3:12-cv-06575-JSW (N.D. Cal.)

Dear Mr. Russo,

Non-party Dropbox, Inc. ("Dropbox") submits the following objections to the Subpoena To Produce Documents, Information, Or Objects Or To Permit Inspection Of Premises In A Civil Action (the "Subpoena").

## General Objections

Dropbox objects that the Subpoena did not provide a reasonable time for compliance.

Dropbox objects to the extent that the Subpoena purports to impose any obligations that are inconsistent with California or federal law.

Dropbox objects that the Subpoena seeks information from a non-party that is in the possession of a party.

Dropbox objects to the Subpoena to the extent that the Subpoena seeks information that may not be produced in civil discovery under the Electronic Communications Privacy Act ("ECPA") or other privacy laws.

Dropbox objects to the extent that the Subpoena seeks all documents within its possession, custody, or control. Dropbox will produce documents, if at all, that can be located after a reasonably diligent search.

Dropbox objects that the party issuing the Subpoena failed to take reasonable steps to avoid imposing undue burden or expense on Dropbox.

Dropbox objects to producing information in the absence of a protective order.

Dropbox objects to the Subpoena to the extent it calls for information protected by any privilege,

including the attorney-client privilege, work product protection, or any other applicable privilege, immunity or restriction on discovery.

## Specific Objections and Responses

### Request No. 1

Any and all documents uploaded to Dropbox by Tolat from January 19, 2012 to the present.

### Response to Request No. 1

Dropbox objects that the request seeks the content of communications in violation of the Electronic Communications Privacy Act. Dropbox cannot provide content information in response to a civil subpoena. Dropbox further objects that this request is overbroad, seeks irrelevant materials, and imposes an undue burden. Dropbox objects that this request is harassing to a third party and seeks information that is in the possession of a party. Dropbox objects that the subpoena did not provide a reasonable time for compliance.

### Request No. 2

Any and all documents downloaded by Tolat from January 19, 2012 to the present.

### Response to Request No. 2

Dropbox objects that the request seeks the content of communications in violation of the Electronic Communications Privacy Act. Dropbox cannot provide content information in response to a civil subpoena. Dropbox further objects that this request is overbroad, seeks irrelevant materials, and imposes an undue burden. Dropbox objects that this request is harassing to a third party and seeks information that is in the possession of a party. Dropbox objects that the subpoena did not provide a reasonable time for compliance.

### Request No. 3

Any and all documents accessed or viewed by Tolat from January 19, 2012 to the present.

### Response to Request No. 3

Dropbox objects that the request seeks the content of communications in violation of the Electronic Communications Privacy Act. Dropbox cannot provide content information in response to a civil subpoena. Dropbox further objects that this request is overbroad, seeks irrelevant materials, and imposes an undue burden. Dropbox objects that this request is harassing to a third party and seeks information that is in the possession of a party. Dropbox objects that the subpoena did not provide a reasonable time for compliance.

### Request No. 4

Any and all communications relating to Dropbox referrals made by Tolat to any other person from January 19, 2012 to the present.

### Response to Request No. 4

Dropbox objects that the request seeks the content of communications in violation of the Electronic Communications Privacy Act. Dropbox cannot provide content information in response to a civil subpoena. Dropbox further objects that this request is overbroad, seeks irrelevant materials, and imposes an undue burden. Dropbox objects that this request is harassing to a third party and seeks information that is in the possession of a party. Dropbox objects that the subpoena did not provide a reasonable time for compliance.

### Request No. 5

Any and all documents relating to any other person that had access to documents controlled or uploaded by Tolat from January 19, 2012 to the present.

### Response to Request No. 5

Dropbox objects that the request seeks the content of communications in violation of the Electronic Communications Privacy Act. Dropbox cannot provide content information in response to a civil subpoena. Dropbox further objects that this request is overbroad, seeks irrelevant materials, and imposes an undue burden. Dropbox objects that this request is harassing to a third party and seeks information that is in the possession of a party. Dropbox objects that the subpoena did not provide a reasonable time for compliance. Dropbox objects to producing any information regarding Dropbox accounts other than the accounts specifically identified in this request.

### Request No. 6

Any and all documents relating to Tolat's access to documents controlled or uploaded by any other person from January 19, 2012 to the present.

### Response to Request No. 6

Dropbox objects that the request seeks the content of communications in violation of the Electronic Communications Privacy Act. Dropbox cannot provide content information in response to a civil subpoena. Dropbox further objects that this request is overbroad, seeks irrelevant materials, and imposes an undue burden. Dropbox objects that this request is harassing to a third party and seeks information that is in the possession of a party. Dropbox objects that the subpoena did not provide a reasonable time for compliance. Dropbox objects to producing any information regarding Dropbox accounts other than the accounts specifically identified in this request.

### Request No. 7

Any and all documents relating to Dropbox's logging of Tolat's Dropbox account activity, including but not limited to device type, records of documents uploaded by Tolat onto his account, records of documents downloaded by Tolat from his account, metadata for files stored on Dropbox, Internet Protocol ("IP") addresses, browser type, the web page visited before accessing Dropbox (i.e., HTTP REFERER information), search terms, locale preferences, identification numbers associated with devices, mobile carrier, date and time stamps associated with transactions, system configuration information, and other interactions by Tolat with the Dropbox service.

### Response to Request No. 7

Dropbox objects that the request seeks the content of communications in violation of the Electronic Communications Privacy Act. Dropbox cannot provide content information in response to a civil subpoena. Dropbox further objects that this request is overbroad, seeks irrelevant materials, and imposes an undue burden. Dropbox objects that this request is harassing to a third party and seeks information that is in the possession of a party. Dropbox objects that the subpoena did not provide a reasonable time for compliance.

Subject to these objections and after conducting a reasonably diligent search, Dropbox will produce subscriber information responsive to this request (if any) for the account associated with the email address viral.tolat@gmail.com after giving notice to the user and giving the user an opportunity to object or move to quash the Subpoena. After conducting a reasonably diligent search, Dropbox responds that it is unable to locate active accounts associated with the email addresses tolat@integral.com; viral.tolat@integral.com; viral.tolat@stanfordalumni.org; viral.tolat@alumni.stanford.edu; viral.tolat@us.icap.com; tolat@us.icap.com; or viral.tolat@ebs.com. To the extent that this request seeks information regarding any other Dropbox accounts, Dropbox objects that the accounts must be specifically identified with the email addresses or user IDs associated with those accounts.

### Request No. 8

Any and all documents relating to Tolat's computer configuration in accessing his Dropbox account, including evidence of the number of machines Tolat synced with his account and the identity of the machines through which Tolat accessed his account.

### Response to Request No. 8

Dropbox objects that the request seeks the content of communications in violation of the Electronic Communications Privacy Act. Dropbox cannot provide content information in response to a civil subpoena. Dropbox further objects that this request is overbroad, seeks irrelevant materials, and imposes an undue burden. Dropbox objects that this request is harassing to a third party and seeks information that is in the possession of a party. Dropbox objects that the subpoena did not provide a reasonable time for compliance.

### Request No. 9

Any and all documents relating to the registration of a Dropbox account by Tolat including but not limited to names, phone numbers, credit card or other billing information, email addresses, and all postal addresses.

### Response to Request No. 9

Dropbox objects that the request seeks the content of communications in violation of the Electronic Communications Privacy Act. Dropbox cannot provide content information in response to a civil subpoena. Dropbox further objects that this request is overbroad, seeks irrelevant materials, and imposes an undue burden. Dropbox objects that this request is harassing to a third party and seeks information that is in the possession of a party. Dropbox objects that the subpoena did not provide a reasonable time for compliance.

Subject to these objections and after conducting a reasonably diligent search, Dropbox will produce subscriber information responsive to this request (if any) for the account associated with the email

address viral.tolat@gmail.com after giving notice to the user and giving the user an opportunity to object or move to quash the Subpoena. After conducting a reasonably diligent search, Dropbox responds that it is unable to locate active accounts associated with the email addresses tolat@integral.com; viral.tolat@integral.com; viral.tolat@stanfordalumni.org; viral.tolat@alumni.stanford.edu; viral.tolat@us.icap.com; tolat@us.icap.com; or viral.tolat@ebs.com. To the extent that this request seeks information regarding any other Dropbox accounts, Dropbox objects that the accounts must be specifically identified with the email addresses or user IDs associated with those accounts.

### Request No. 10

Any and all documents relating to all payment records.

### Response to Request No. 10

Dropbox objects that the request seeks the content of communications in violation of the Electronic Communications Privacy Act. Dropbox cannot provide content information in response to a civil subpoena. Dropbox further objects that this request is overbroad, seeks irrelevant materials, and imposes an undue burden. Dropbox objects that this request is harassing to a third party and seeks information that is in the possession of a party. Dropbox objects that the subpoena did not provide a reasonable time for compliance.

Subject to these objections and after conducting a reasonably diligent search, Dropbox responds that it has no information responsive to this request.

### Request No. 11

Any and all documents or communications relating to any other logs or electronically stored information relating to Tolat.

### Response to Request No. 11

Dropbox objects that the request seeks the content of communications in violation of the Electronic Communications Privacy Act. Dropbox cannot provide content information in response to a civil subpoena. Dropbox further objects that this request is overbroad, seeks irrelevant materials, and imposes an undue burden. Dropbox objects that this request is harassing to a third party and seeks information that is in the possession of a party. Dropbox objects that the subpoena did not provide a reasonable time for compliance.

### Request No. 12

Any and all other documents or communications relating to payment(s) made for Tolat's account, including the identit(ies) of the payee(s) and form(s) of payment.

### Response to Request No. 12

Dropbox objects that the request seeks the content of communications in violation of the Electronic Communications Privacy Act. Dropbox cannot provide content information in response to a civil subpoena. Dropbox further objects that this request is overbroad, seeks irrelevant materials, and imposes an undue burden. Dropbox objects that this request is harassing to a third party and seeks

information that is in the possession of a party. Dropbox objects that the subpoena did not provide a reasonable time for compliance.

Subject to these objections and after conducting a reasonably diligent search, Dropbox responds that it has no information responsive to this request.

If you have any questions, please email me at jean@dropbox.com.

Best regards,

*Niehaus*

Jean Niehaus