# EXHIBIT 8

BCF807                                                                                                          Page 1 of 4



8 May 2013

Robert Lux
ComputerLaw Group LLP
401 Florence Street
Palo Alto, CA 94301-1706

Ref: BCF807 (Integral v. Tolat)

Dear Mr. Lux,

The attached list contains files for which there is evidence of them having existed on Mr. Tolat's Dropbox folder. This list was compiled from multiple sources including Windows 7 activity logs and a search of unallocated space from evidence item numbers 807-02 and 807-03.

*[signature]*

Jon A. Berryhill
President & COO
Berryhill Computer Forensics, Inc.

Phone – 707-745-1405
Toll Free – 888-745-1405
www.computerforensics.com
info@computerforensics.com
P.O. Box 1674
Benicia, CA 94510

```
\Dropbox\\Personal\\businessmodelgeneration_preview.pdf
\Dropbox\\Personal\\Inbox-Personal.pst
\Dropbox\\Personal\\w2-2010-iPayStatementsServ.pdf
\Dropbox\Client Overview Roadmap.pptx
\Dropbox\Contacts.CSV
\Dropbox\Documents
\Dropbox\Documents\2012ProductRoadmap.pptx
\Dropbox\Documents\Appraisals 2011
\Dropbox\Documents\Appraisals 2011\Adrienne - performance appraisal annual 2011 Employee worksheet.doc
\Dropbox\Documents\Appraisals 2011\Adrienne - performance appraisal annual 2011.doc
\Dropbox\Documents\Appraisals 2011\Ashley - performance appraisal annual 2011.doc
\Dropbox\Documents\Appraisals 2011\Ashley - performance appraisal annual 2011.doc
\Dropbox\Documents\Appraisals 2011\Gopal - performance appraisal annual 2011.doc
\Dropbox\Documents\Appraisals 2011\Jaime - performance appraisal annual 2011.doc
\Dropbox\Documents\Appraisals 2011\Justin - performance appraisal annual 2011.doc
\Dropbox\Documents\Appraisals 2011\Mangala - performance appraisal annual 2011.doc
\Dropbox\Documents\Appraisals 2011\Nitin - performance appraisal annual 2011.doc
\Dropbox\Documents\Appraisals 2011\Phil - performance appraisal annual 2011.doc
\Dropbox\Documents\Appraisals 2011\Richard - performance appraisal annual 2011.doc
\Dropbox\Documents\Appraisals 2011\Salary levels total comp Trading Solutions 21412-VVT.xlsx
\Dropbox\Documents\Appraisals 2011\Simon - performance appraisal annual 2011.doc
\Dropbox\Documents\Appraisals 2011\Srinivas - performance appraisal annual 2011.doc
\Dropbox\Documents\Appraisals 2011\Sunil - performance appraisal annual 2011.doc
\Dropbox\Documents\Appraisals 2011\Suren - performance appraisal annual 2011.doc
\Dropbox\Documents\Appraisals 2011\Tonmoy - performance appraisal annual 2011.doc
\Dropbox\Documents\Architecture.pptx
\Dropbox\Documents\BillingRules.txt
\Dropbox\Documents\BillingRules.xlsm
\Dropbox\Documents\DO main clients.xls
\Dropbox\Documents\DTCC\DTCC_Party_Identifiers.pdf
\Dropbox\Documents\DTCC\FX_GTR_CSV_SPEC_v2_5_DTCC_Internal_Phase_I_II.xlsx
\Dropbox\Documents\DTCC\GTR-Foreign_Exchange_draft.pdf
\Dropbox\Documents\Finance 101.pptx
\Dropbox\Documents\FX Grid Tech Overview.pptx
\Dropbox\Documents\FX Workflows.pptx
\Dropbox\Documents\FX_Grid_Changes_Release4 3v1_DRAFT.docx
\Dropbox\Documents\FXAll
\Dropbox\Documents\FXAll\SEF Roadmap.xlsx
\Dropbox\Documents\FXAll\SKMBT_C45212052514260.pdf
\Dropbox\Documents\FXGrid_Matrix.pptx
\Dropbox\Documents\FXI Strategy.pptx
\Dropbox\Documents\ICE DD\2 - IP\Integral Patent Portfolio Spreadsheet 022912.xlsx
\Dropbox\Documents\ICE DD\3 - Technology
\Dropbox\Documents\ICE DD\4 - SDR
\Dropbox\Documents\ICE DD\5 - Financials\Customer Concentration Revenue_2009-2012YTD.xlsx
\Dropbox\Documents\ICE DD\5 - Financials\Customer Revenue Analysis 2009-2012YTD.xlsx
\Dropbox\Documents\ICE DD\5 - Financials\Integral finance due diligence slides - 9.5.12 v2.pptx
\Dropbox\Documents\ICE DD\5 - Financials\Integral finance due diligence slides - 9.5.12.pptx
\Dropbox\Documents\ICE DD\5 - Financials\Investor presentation financials 8.24.12.xlsx
\Dropbox\Documents\ICE DD\5 - Financials\Investor presentation financials 9.2.12.xlsx
\Dropbox\Documents\ICE\ICE Clear FX FpML Post Trade Management V1.07.pdf
\Dropbox\Documents\ICE\ICE Clear FX FpML Trade Registration.pdf
\Dropbox\Documents\ICE\ICE Clear FX Matching Service.pdf
\Dropbox\Documents\MatrixRoadmap.pptx
\Dropbox\Documents\MT4 model Aug 2012-vvt.xlsx
\Dropbox\Documents\PB _ Matrix Analysis.xls
\Dropbox\Documents\Phase1Matrix-NoCompetition-Solution Analysis.docx
\Dropbox\Documents\Phase1MatrixNoCompetition.pptx
\Dropbox\Documents\Product Priorities 2012.xlsx
\Dropbox\Documents\Product Roadmap - Release 4.4 Update.pptx
\Dropbox\Documents\Product Roadmap Update - Apr 2012.pptx
\Dropbox\Documents\Product Roadmap Update - Feb 2012.pptx
\Dropbox\Documents\Product Roadmap Update - June 2012.pptx
\Dropbox\Documents\Product Roadmap Update - Mar 2012.pptx
\Dropbox\Documents\Product Roadmap Update - Mar 2012xx.pptx
\Dropbox\Documents\Product Roadmap Update - Mar 2012xx.pptx
\Dropbox\Documents\Product Roadmap Update - May 2012.pptx
\Dropbox\Documents\Product Summary 2012.pptx
```

\Dropbox\Documents\Product Update - Feb 2012.pptx
\Dropbox\Documents\Product Update - Jan 2012.pptx
\Dropbox\Documents\ProductPlanning.xls
\Dropbox\Documents\ProductPriority-June2012.pptx
\Dropbox\Documents\ProTrader-Pricing.xlsx
\Dropbox\Documents\PT Client Data.xlsx
\Dropbox\Documents\RBS CSSAA TP Assurance Questionnaire V3  CSSAA0002T1 1211.xls
\Dropbox\Documents\RFSQuoteFields.xlsx
\Dropbox\Documents\SEF Overview.pptx
\Dropbox\Documents\SEF Roadmap.xlsx
\Dropbox\Documents\SEF\CME\20120911Schema.zip
\Dropbox\Documents\SEF\CME\Cleared-OTC-Cross-Product-Initiative-Overview.pdf
\Dropbox\Documents\SEF\CME\Cleared-OTC-Cross-Product-Initiative-Overview.pdf
\Dropbox\Documents\SEF\CME\Clearport_Reference_Data_API_FIXML_Message_Specification_and_Samples.pdf
\Dropbox\Documents\SEF\CME\Clearport_Trade_Submission_API_FIXML_Message_Samples.pdf
\Dropbox\Documents\SEF\CME\Clearport_Trade_Submission_API_FIXML_Message_Specification.pdf
\Dropbox\Documents\SEF\CME\Clearport_Trade_Submission_API_Overview.pdf
\Dropbox\Documents\SEF\CME\CPC_API_Cerification_Registration_Form.pdf
\Dropbox\Documents\SEF\DTCC\DerivSERV_SWIFTNet_UserGuide_08-2009.pdf
\Dropbox\Documents\SEF\DTCC\DTCC_GTR_Schema_Validating_FPML_Files_User_Guide_v1.0.pdf
\Dropbox\Documents\SEF\DTCC\DTCC_GTR_Web_Services_User_Guide_v2.0.zip
\Dropbox\Documents\SEF\DTCC\Foreign_Exchange_draft.pdf
\Dropbox\Documents\SEF\DTCC\FX_GTR_CSV_Spec_WIP.xlsx
\Dropbox\Documents\SEF\DTCC\gt_fx_sample_messages.zip
\Dropbox\Documents\SEF\DTCC\GTR_Participants.xlsx
\Dropbox\Documents\SEF\DTCC\GTR-Key-Deliverables.pdf
\Dropbox\Documents\SEF\DTCC\MQ-Standards-for-GTR-V-7-3.pdf
\Dropbox\Documents\SEF\DTCC\trade_reporting_repository.pdf
\Dropbox\Documents\SEF\ICE\ICE Clear FX FpML Post Trade Management V1.07.pdf
\Dropbox\Documents\SEF\ICE\ICE Clear FX FpML Trade Registration.pdf
\Dropbox\Documents\SEF\ICE\ICE Clear FX Matching Service.pdf
\Dropbox\Documents\SEF\ICE\ICE Clear FX Trade Registration and Post Trade MQ Provisioning Guide.pdf
\Dropbox\Documents\SEF\ICE\OTC FX Conformance Funtionality Questionnaire.pdf
\Dropbox\Documents\SEF\INFX SEF  Inc._SEF Business Requirements Document_June 2012 (Draft 4.0).docx
\Dropbox\Documents\SEF\INFX SEF  Inc._SEF Business Requirements Document_May 2012 (Draft 3.0).docx
\Dropbox\Documents\SEF\NFA XML Files\prodmstr_20110812.xml
\Dropbox\Documents\SEF\NFA_SEF_IT_ContactRequestForm_v1.0.docx
\Dropbox\Documents\SEF\NFA_SEF_SecurityRequestForm_v1.0.docx
\Dropbox\Documents\SEF\NFA_SEF_SFTP_Reference_DOS_v1.0.docx
\Dropbox\Documents\SEF\SEF_DataLayout_ER_Diagram_Logical_2.2.7.pdf
\Dropbox\Documents\SEF\SEF_DataModelDetail_2 2 5.pdf
\Dropbox\Documents\SEF\SEF_DataModelDetail_2.2.6.pdf
\Dropbox\Documents\SEF\SEF_DataModelDetail_2.2.7_WithChanges.pdf
\Dropbox\Documents\SEF\SEF_DataModelDetail_2.2.7.pdf
\Dropbox\Documents\SEF\SEF_DataModelDetail_SampleData_1.3.xlsx
\Dropbox\Documents\SEF\SEF_Product_Matrix_1.2.xlsx
\Dropbox\Documents\SEF\SEF_TestPlan_Integral.xls
\Dropbox\Documents\SEF\SLOT_Testing_Plan_Slot_4.html
\Dropbox\Documents\SEF\SWAP_XML_Examples.zip
\Dropbox\Documents\SEF\SWAP_XSD.zip
\Dropbox\Documents\SEF\SWAP_XSD.zip
\Dropbox\Documents\SEF\TEAM SEF CONTACT LIST.docx
\Dropbox\Documents\Solutions2012.pptx
\Dropbox\Documents\TPantelides.doc
\Dropbox\Documents\VP Services Spreadsheet.xlsx
\Dropbox\Documents\Word_Print_Pro_StrategiesReview_4.3R1.doc
\Dropbox\generated_bingo1.pdf
\Dropbox\Getting Started.pdf
\Dropbox\Integral
\Dropbox\Integral\Checklist for Doug.docx
\Dropbox\Mt4Bridge-2.16
\Dropbox\Mt4Bridge-2.16.zip
\Dropbox\Mt4Bridge-2.16\Bridge
\Dropbox\Mt4Bridge-2.16\Bridge\Bridge-REFERENCE.ini
\Dropbox\Mt4Bridge-2.16\FXInside_MT4_BridgeInstall_2.16v5.pdf
\Dropbox\OutlookContacts.CSV
\Dropbox\Personal\businessmodelgeneration_preview.pdf
\Dropbox\Personal\Inbox-Personal.pst
\Dropbox\Personal\Recruitment Reimbursement Form.xls
\Dropbox\Public\FXPro

\Dropbox\Public\How to use the Public folder.txt
\Dropbox\Public\Mt4Bridge-2.16.zip
\Dropbox\stuff.zip
\Dropbox\Viral_Tolat.docx
\Dropbox\ViralTolat-Overview.docx
\Dropbox\VTolat_edits.docx
\Dropbox\VVT-Resume.docx