# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# CIVIL MINUTE ORDER

**MAGISTRATE JUDGE JACQUELINE SCOTT CORLEY**

**CASE NAME:** Integral Development Corp. v Viral Tolat

**CASE NO.** C12-6575 JSW (JSC)

**COURTROOM DEPUTY**: Ada Means

**DATE**: May 22, 2013          **TIME:** 9 hours          **COURT REPORTER**: Not Reported

| **COUNSEL FOR PLAINTIFF:** | **COUNSEL FOR DEFENDANT:** |
|---|---|
| Jack Russo | Steven Eckhaus (Viral Tolat) |

## PROCEEDINGS

[X]   SETTLEMENT CONFERENCE

[ ]   FURTHER SETTLEMENT CONFERENCE

[ ]   DISCOVERY CONFERENCE

[ ]   STATUS CONFERENCE RE:

[ ]   TELEPHONIC CONFERENCE

[ ]   OTHER:

CASE CONTINUED TO:_____FOR_____

NOTES:

A further settlement conference is scheduled for May 23, 2013 at 11:00 a.m.

cc:

*T=Telephonic Appearance