# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# CIVIL MINUTE ORDER

**MAGISTRATE JUDGE JACQUELINE SCOTT CORLEY**

**CASE NAME:** Integral Development Corp. v Viral Tolat

**CASE NO. C12-6575 JSW (JSC)**

**COURTROOM DEPUTY:** Ada Means

**DATE:** May 23, 2013     **TIME:** 3 hours     **COURT REPORTER:** Not Reported

| **COUNSEL FOR PLAINTIFF:** | **COUNSEL FOR DEFENDANT:** |
|---|---|
| Jack Russo | Steven Eckhaus (Viral Tolat) |

## PROCEEDINGS

[X] SETTLEMENT CONFERENCE

[ ] FURTHER SETTLEMENT CONFERENCE

[ ] DISCOVERY CONFERENCE

[ ] STATUS CONFERENCE RE:

[ ] TELEPHONIC CONFERENCE

[ ] OTHER:

CASE CONTINUED TO: _____ FOR _____

NOTES:

A further settlement conference is scheduled for July 12, 2013 at 9:00 a.m.

cc:

*T=Telephonic Appearance