JACK RUSSO (State Bar No. 96068)
CHRISTOPHER SARGENT (State Bar No. 246285)
COMPUTERLAW GROUP LLP
401 Florence Street
Palo Alto, CA 94301
Telephone: (650) 327-9800
Facsimile: (650) 618-1863
E-mail: jrusso@computerlaw.com
         csargent@computerlaw.com

Attorneys for Plaintiff
INTEGRAL DEVELOPMENT CORP.

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTEGRAL DEVELOPMENT CORPORATION, a California corporation,<br><br>  Plaintiff,<br><br>vs.<br><br>VIRAL TOLAT, an individual,<br><br>  Defendant. | Case No.: 3:12-cv-06575-JSW (LB)<br><br>**STIPULATION AND [PROPOSED] ORDER RE: SCHEDULE** |

**STIPULATION AND PROPOSED ORDER RE: SCHEDULE**

As ordered by the Court following the May 24, 2013 case management conference in this matter (Civ. Minute Order, Dkt. 90), the parties have conferred and stipulate to the following schedule, subject to the Court's approval, regarding:

(1) Plaintiff's motions:

    (a) for sanctions re: spoliation of evidence and for finding of contempt, and

    (b) for summary adjudication and preliminary injunction.

(2) Defendant's motions:

    (a) to hold Integral in contempt for e.g., altering evidence

    (b) for sanctions against Integral for e.g., intentionally misleading the Court, and

    (b) for Summary Judgment.

**MOTIONS**

Parties further agree that in the interests of judicial economy, Plaintiff's motions and Defendant's motions as described in above shall be made on the below schedule. Parties agree that there shall be no waiver or prejudice to Plaintiff's rights to the injunctive and other equitable and requested relief sought by Plaintiff based on the proposed schedule.

1. Plaintiff's Motion for Sanctions Re: Spoliation and for Contempt

    a. Hearing Date: September 27, 2013 at 9:00 a.m.

    b. Plaintiff will file its moving papers by: July 16, 2013.

    c. Defendant will file any opposition by: August 9, 2013

    d. Plaintiff will file any reply by: August 16, 2013.

    e. Each brief will be no longer than 15 pages.

2. Plaintiff's Motions for Summary Adjudication and for Preliminary Injunction

    a. Hearing Date: September 27, 2013 at 9:00 a.m.

    b. Plaintiff will file its moving papers by: July 16, 2013.

    c. Defendant will file any opposition by: August 9, 2013

    d. Plaintiff will file any reply by: August 16, 2013.

    e. Each brief will be no longer than ~~35~~ 25 pages.

3. Defendant's Motions (i) to hold Integral in contempt for e.g., altering evidence and (ii) for sanctions against Integral for e.g., intentionally misleading the Court

    a. Hearing Date: September 27, 2013 at 9:00 a.m.

  b. Defendant will file his Motions by: August 19, 2013.
  c. Plaintiff will file any Oppositions by: September 9, 2013.
  d. Defendant will file his Replies by September 20, 2013.
  e. Each brief will be no longer than 15 pages.
4. Defendant's Motion for Summary Judgment
  a. Hearing Date: September 27, 2013 at 9:00 a.m.
  b. Defendant will file his Motion by: August 19, 2013.
  c. Plaintiff will file any Opposition by: September 9, 2013.
  d. Defendant will file his Reply by: September 20, 2013.
  e. Each brief will be no longer than ~~35~~ 25 pages.

Stipulated and respectfully submitted,

Dated: June 7, 2013

| COMPUTERLAW GROUP LLP | KATTEN MUCHIN ROSENMAN LLP |
|---|---|
| By: _/s/ Jack Russo_ | By: _/s/ Steven Eckhaus_ |
| Jack Russo, Attorney for Plaintiff | Steven Eckhaus, *pro hac vice* |
| INTEGRAL DEVELOPMENT CORP. | Attorney for Defendant VIRAL TOLAT |

**ATTORNEY ATTESTATION**

As required by General Order 45, I attest that I have obtained concurrence in the filing of this document from the signatories indicated by the conformed signature (/s/) in this electronically filed document.

By: _/s/ Jack Russo_
Jack Russo

Attorneys for Plaintiff
INTEGRAL DEVELOPMENT CORP

**[~~PROPOSED~~] ORDER**

For good case shown, the above STIPULATION & PROPOSED ORDER RE: SCHEDULE is approved and parties shall comply with its provisions.

IT IS SO ORDERED.

Dated: June 10, 2013

_/s/ Jeffrey S. White_
The Honorable Jeffrey S. White
UNITED STATES DISTRICT JUDGE