JACK RUSSO (State Bar No. 96068)
CHRISTOPHER SARGENT (State Bar No. 246285)
COMPUTERLAW GROUP LLP
401 Florence Street
Palo Alto, CA 94301
Telephone: (650) 327-9800
Facsimile: (650) 618-1863
E-mail: jrusso@computerlaw.com
      csargent@computerlaw.com

Attorneys for Plaintiff
INTEGRAL DEVELOPMENT CORP.

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INTEGRAL DEVELOPMENT CORP, a California corporation,<br><br>             Plaintiff,<br><br>             v.<br><br>VIRAL TOLAT, an individual, and DOES 1-20,<br><br>             Defendant. | Case No.: 3:12-cv-06575-JSW (LB)<br><br>**REVISED JOINT STIPULATION AND [PROPOSED] SCHEDULING ORDER** |

# JOINT STIPULATION

WHEREAS, Plaintiff Integral Development Corporation ("Integral") and Defendant Viral Tolat ("Tolat") engaged in a Settlement Conference on July 12, 2013 before Magistrate Judge Jacqueline Corley (Dkt. 105);

IT IS HEREBY STIPULATED that in the interests of judicial economy and in order to facilitate further settlement discussions, all stipulated and ordered filing deadlines, as enumerated below, be continued until at least **July 19, 2013**;

IT IS HEREBY STIPULATED that the following deadlines as set by Stipulation and Order re: Schedule (Dkt 97) and by Joint Stipulation and [Proposed] Order to Re: Schedule (Dkt 104) are amended to reflect this requested continuance:

1. Plaintiff Integral shall file its First Amended Complaint on **July 19, 2013**;
2. Defendant Tolat shall file his Answer and Counterclaims to Integral's First Amended Complaint, and/or move with respect to some or all of the Amended Complaint on **August 9, 2013**;
    a. If Defendant files a Rule 12 Motion, Plaintiff's Opposition shall be filed by **August 23, 2013**; Defendant's Reply shall be filed by **August 30, 2013**;
3. Plaintiff Integral shall Answer Defendant Tolat's Counterclaims and/or file any Opposition and/or responsive motions to such Counterclaims on **August 30, 2013**;
    a. ~~If Plaintiff files a Rule 12 motion, Defendant's Opposition shall be filed by **September 13, 2013**; Plaintiff's Reply shall be filed by **September 20, 2013**~~;
4. Any motions filed by Plaintiff Integral pertaining to Defendant Tolat's Counterclaims, and any motions filed by Defendant Tolat concerning Plaintiff Integral's Amended Complaint shall be heard on <u>September 27, 2013, at 9:00 a.m.</u>
5. Plaintiff's Motion for Sanctions Re: Spoliation and for Contempt
    a. Hearing Date: September 27, 2013 at 9:00 a.m.
    b. Plaintiff will file its moving papers by: **July 19, 2013**
    c. Defendant will file any opposition by: August 9, 2013
    d. Plaintiff will file any reply by: August 16, 2013.
    e. Each brief will be no longer than 15 pages

//

6. Plaintiff's Motions for Summary Adjudication and for Preliminary Injunction
    a. Hearing Date: September 27, 2013 at 9:00 a.m.
    b. Plaintiff will file its moving papers by: **July 19, 2013**
    c. Defendant will file any opposition by: August 9, 2013
    d. Plaintiff will file any reply by: August 16, 2013.
    e. Each brief will be no longer than 25 pages.
7. Defendant's Motions (i) to hold Integral in contempt for e.g. altering evidence and (ii) for sanctions against Integral for e.g. intentionally misleading the Court
    a. Hearing Date: September 27, 2013 at 9:00 a.m.
    b. Plaintiff will file its moving papers by: August 19, 2013
    c. ~~Defendant will file any opposition by: September 9, 2013~~
    d. ~~Plaintiff will file any reply by: September 20, 2013.~~
    e. Each brief will be no longer than 15 pages
8. Defendant's Motions for Summary Judgment
    a. Hearing Date: September 27, 2013 at 9:00 a.m.
    b. Plaintiff will file its moving papers by: August 19, 2013
    c. ~~Defendant will file any opposition by: September 9, 2013~~
    d. ~~Plaintiff will file any reply by: September 20, 2013~~.
    e. Each brief will be no longer than 25 pages.

**IT IS SO STIPULATED**

Dated: July 15, 2013                           COMPUTERLAW GROUP LLP

                                               By:     /s/ Jack Russo
                                                       Jack Russo

                                               Attorneys for Plaintiff
                                               INTEGRAL DEVELOPMENT CORP.

Dated: July 15, 2013                           KATTEN MUCHIN ROSENMAN LLP

                                               By:     /s/ Steven Eckhaus
                                                       Steven G. Eckhaus, *pro hac vice*
                                                       Stuart M. Richter

                                               Attorneys for Defendant
                                               VIRAL TOLAT

# [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION AND GOOD CAUSE SHOWN, the parties' joint request is GRANTED, and the following schedule is hereby ORDERED:

1. Plaintiff Integral shall file its First Amended Complaint on **July 19, 2013**;
2. Defendant Tolat shall file his Answer and Counterclaims to Integral's First Amended Complaint on **August 9, 2013**;
3. Plaintiff shall file its Answer and/or responsive motions to Defendant Tolat's Counterclaims on **August 30, 2013**;
4. Any motions filed by Plaintiff Integral pertaining to Defendant Tolat's Counterclaims shall be heard on September 27, 2013, at 9:00 a.m.
5. Plaintiff's Motion for Sanctions Re: Spoliation and for Contempt
    a. Hearing Date: September 27, 2013 at 9:00 a.m.
    b. Plaintiff will file its moving papers by: **July 19, 2013**
    c. Defendant will file any opposition by: August 9, 2013
    d. Plaintiff will file any reply by: August 16, 2013.
    e. Each brief will be no longer than 15 pages
6. Plaintiff's Motion~~s~~ for Summary Adjudication and for Preliminary Injunction
    a. Hearing Date: September 27, 2013 at 9:00 a.m.
    b. Plaintiff will file its moving paper~~s~~ by: **July 19, 2013**
    c. Defendant will file any opposition by: August 9, 2013
    d. Plaintiff will file any reply by: August 16, 2013.
    e. Each brief will be no longer than ~~35~~ 25 pages.
7. Defendant's Motions (i) to hold Integral in contempt for e.g. altering evidence and (ii) for sanctions against Integral for e.g. intentionally misleading the Court
    a. Hearing Date: September 27, 2013 at 9:00 a.m.
    b. Plaintiff will file its moving papers by: August 19, 2013
    c. Defendant will file any opposition by: ~~September 9~~ September 3, 2013
    d. Plaintiff will file any reply by: ~~September 20~~ September 10, 2013.
    e. Each brief will be no longer than 15 pages

//

8. Defendant's Motions for Summary Judgment

    a. Hearing Date: September 27, 2013 at 9:00 a.m.

    b. Plaintiff will file its moving papers by: August 19, 2013

    c. Defendant will file any opposition by: ~~September 9~~ September 3, 2013

    d. Plaintiff will file any reply by: ~~September 20~~ September 10, 2013.

    e. Each brief will be no longer than 25 pages.

**IT IS SO ORDERED.**

Dated: July 18, 2013

                                                The Honorable Jeffrey S. White
United States District Judge