1  C. JACK RUSSO (State Bar No. 96068)
   CHRISTOPHER SARGENT (State Bar No. 246285)
2  COMPUTERLAW GROUP LLP
   401 Florence Street
3  Palo Alto, CA 94301
   Telephone: (650) 327-9800
4  Facsimile: (650) 618-1863
   E-mail: jrusso@computerlaw.com
5           csargent@computerlaw.com

6  Attorneys for Plaintiff
   INTEGRAL DEVELOPMENT CORP.
7
                    IN THE UNITED STATES DISTRICT COURT
8
                 IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
                              SAN FRANCISCO DIVISION
10

11 | INTEGRAL DEVELOPMENT CORP, a California corporation, | Case No.: 3:12-cv-06575-JSW (LB) |
12 | | **REVISED JOINT STIPULATION AND [PROPOSED] SCHEDULING ORDER** |
13 | Plaintiff, | AS AMENDED |
14 | v. | |
15 | VIRAL TOLAT, an individual, and DOES 1-20, | |
16 | Defendant. | |

# JOINT STIPULATION

WHEREAS, Plaintiff Integral Development Corporation ("Integral") and Defendant Viral Tolat ("Tolat") engaged in a Settlement Conference on July 12, 2013 before Magistrate Judge Jacqueline Corley (Dkt. 105);

IT IS HEREBY STIPULATED that in the interests of judicial economy and in order to facilitate further settlement discussions, all stipulated and ordered filing deadlines, as enumerated below, be continued until at least **July 26, 2013**;

IT IS HEREBY STIPULATED that the following deadlines as set by Stipulation and Order re: Schedule (Dkt 97) and by Joint Stipulation and [Proposed] Order to Re: Schedule (Dkt 104) are amended to reflect this requested continuance:

1. Plaintiff Integral shall file its First Amended Complaint on **July 26, 2013**;
2. Defendant Tolat shall file his Answer and Counterclaims to Integral's First Amended Complaint, and/or move with respect to some or all of the Amended Complaint on **August 15, 2013**;
    a. If Defendant files a Rule 12 Motion, Plaintiff's Opposition shall be filed by **August 29, 2013**; Defendant's Reply shall be filed by **September 6, 2013**;
3. Plaintiff Integral shall Answer Defendant Tolat's Counterclaims and/or file any Opposition and/or responsive motions to such Counterclaims on **September 6, 2013**;
    a. If Plaintiff files a Rule 12 motion, Defendant's Opposition shall be filed by **September 20, 2013**; Plaintiff's Reply shall be filed by **September 23, 2013**;
4. Any motions filed by Plaintiff Integral pertaining to Defendant Tolat's Counterclaims, and any motions filed by Defendant Tolat concerning Plaintiff Integral's Amended Complaint shall be heard on September 27, 2013, at 9:00 a.m.
5. Plaintiff's Motion for Sanctions Re: Spoliation and for Contempt
    a. Hearing Date: September 27, 2013 at 9:00 a.m.
    b. Plaintiff will file its moving papers by: **July 26, 2013**
    c. Defendant will file any opposition by: August 9, 2013
    d. Plaintiff will file any reply by: August 16, 2013.
    e. Each brief will be no longer than 15 pages

//

**Revised Stipulation and [Proposed] Order**   1   Case No. 3:12-cv-06575- JSW

6. Plaintiff's Motions for Summary Adjudication and for Preliminary Injunction

    a. Hearing Date: September 27, 2013 at 9:00 a.m.

    b. Plaintiff will file its moving papers by: **July 26, 2013**

    c. Defendant will file any opposition by: August 9, 2013

    d. Plaintiff will file any reply by: August 16, 2013.

    e. Each brief will be no longer than 25 pages.

7. Defendant's Motions (i) to hold Integral in contempt for e.g. altering evidence and (ii) for sanctions against Integral for e.g. intentionally misleading the Court

    a. Hearing Date: September 27, 2013 at 9:00 a.m.

    b. Plaintiff will file its moving papers by: August 19, 2013

    c. Each brief will be no longer than 15 pages

8. Defendant's Motions for Summary Judgment

    a. Hearing Date: September 27, 2013 at 9:00 a.m.

    b. Plaintiff will file its moving papers by: August 19, 2013

    c. Each brief will be no longer than 25 pages.

**IT IS SO STIPULATED**

Dated:  July 19, 2013                              COMPUTERLAW GROUP LLP

                                                   By:      /s/ Jack Russo
                                                            Jack Russo

                                                   Attorneys for Plaintiff
                                                   INTEGRAL DEVELOPMENT CORP.

Dated:  July 19, 2013                              KATTEN MUCHIN ROSENMAN LLP

                                                   By:      /s/ Steven Eckhaus
                                                            Steven G. Eckhaus, *pro hac vice*
                                                            Stuart M. Richter

                                                   Attorneys for Defendant
                                                   VIRAL TOLAT

### **ATTORNEY ATTESTATION**

As required by General Order 45, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from the signatories indicated by a conformed signature (/s/) within this e-filed document.        /s/ Jack Russo

                                                   Jack Russo, Esq.

## [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION AND GOOD CAUSE SHOWN, the parties' joint request is GRANTED, and the following schedule is hereby ORDERED:

1. Plaintiff Integral shall file its First Amended Complaint on **July ~~25~~ 26, 2013**;

2. Defendant Tolat shall file his Answer and Counterclaims to Integral's First Amended Complaint on **August 15, 2013**;

3. Plaintiff shall file its Answer and/or responsive motions to Defendant Tolat's Counterclaims on **~~September 5,~~ August 29, 2013**;

    a. If Plaintiff files a Rule 12 motion, Defendant's Opposition shall be filed by **September ~~19~~ 12, 2013**; Plaintiff's Reply shall be filed by **September ~~23~~ 19, 2013**;

4. Any motions filed by Plaintiff Integral pertaining to Defendant Tolat's Counterclaims shall be heard on September 27, 2013, at 9:00 a.m.

5. Plaintiff's Motion for Sanctions Re: Spoliation and for Contempt

    a. Hearing Date: September 27, 2013 at 9:00 a.m.
    b. Plaintiff will file its moving papers by: **July 25, 2013**
    c. Defendant will file any opposition by: August 9, 2013
    d. Plaintiff will file any reply by: August 16, 2013.
    e. Each brief will be no longer than 15 pages

6. Plaintiff's Motions for Summary Adjudication and for Preliminary Injunction

    a. Hearing Date: September 27, 2013 at 9:00 a.m.
    b. Plaintiff will file its moving papers by: **July 25, 2013**
    c. Defendant will file any opposition by: August 9, 2013
    d. Plaintiff will file any reply by: August 16, 2013.
    e. Each brief will be no longer than 25 pages.

7. Defendant's Motions (i) to hold Integral in contempt for e.g. altering evidence and (ii) for sanctions against Integral for e.g. intentionally misleading the Court

    a. Hearing Date: September 27, 2013 at 9:00 a.m.
    b. Plaintiff will file its moving papers by: August 19, 2013
    c. Defendant will file any opposition by: September 3, 2013
    d. Plaintiff will file any reply by: September 10, 2013.

      e.   Each brief will be no longer than 15 pages

8. Defendant's Motions for Summary Judgment

      a.   Hearing Date: September 27, 2013 at 9:00 a.m.

      b.   Plaintiff will file its moving papers by: August 19, 2013

      c.   Defendant will file any opposition by: September 3, 2013

      d.   Plaintiff will file any reply by: September 10, 2013.

      e.   Each brief will be no longer than 25 pages.

**IT IS SO ORDERED.**

Dated: July 23, 2013

_____
The Honorable Jeffrey S. White
United States District Judge