1 | John L. Cooper (State Bar No. 50324)
   jcooper@fbm.com
2 | Stephanie Skaff (State Bar No. 183119)
   sskaff@fbm.com
3 | Anthony P. Schoenberg (State Bar No. 203714)
   tschoenberg@fbm.com
4 | FARELLA, BRAUN + MARTEL, LLP
235 Montgomery Street, 17th Floor
5 | San Francisco, CA 94104
Telephone: 415.954.4400
6 | Facsimile: 415.954.4480

Attorneys for Defendant
VIRAL TOLAT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INTEGRAL DEVELOPMENT CORPORATION, a California corporation,<br><br>    Plaintiff,<br><br>v.<br><br>VIRAL TOLAT, an individual, and DOES 1-20,<br><br>    Defendant | Case No.: 3:12-cv-06575-JSW (LB)<br><br>**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER**<br><br>[Local Rule 11-5]<br><br>Judge: Hon. Jeffrey S. White |

1  **TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD AND TO THE CLERK**
2  **OF COURT:**

3     PLEASE TAKE NOTICE that pursuant to Civil Local Rule 5-1 and 11-5 and with the
4 consent of their client Viral Tolat, Steven G. Eckhaus from the law firm of Cadawalader,
5 Wickersham & Taft LLP, One World Financial Center, New York NY 10281 and Jarin R.
6 Jackson and Stuart Matthew Richter, from the law firm of Katten Muchin Rosenmann LLP,
7 2029 Century Park East, Suite 2600, Los Angeles, CA 90067-3012 are withdrawing as counsel
8 for Defendant Viral Tolat in this matter.

9     Steven Eckhaus, Jarin Jackson and Stuart Richter from Katten Muchin will be replaced as
10 counsel of record for Mr. Tolat by John L. Cooper, Stephanie Skaff, and Anthony Schoenberg of
11 the law firm Farella Braun + Martel LLP.

12     Viral Tolat hereby consents to this withdrawal of its counsel and to the substitution of
13 Farella Braun + Martel as his counsel in this matter as set forth above.

14     It is hereby requested that effective immediately, all further pleadings, notices, and
15 correspondence be directed to Mr. Cooper's attention at the address below.

16-21
```
John L. Cooper
Stephanie Skaff
Anthony P. Schoenberg
FARELLA, BRAUN & MARTEL, LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone: 415.954.4400
Facsimile:  415.954.4480
jcooper@fbm.com
sskaff@fbm.com
tschoenberg@fbm.com
```

23 Substitution Based on Consent

24     Defendant Viral Tolat respectfully submits that the proposed substitution of counsel is in
25 the interests of justice and is not made for purposes of delay or any other improper purpose. The
26 undersigned consent to the above substitution of counsel.

NOTICE OF SUBSTITUTION OF COUNSEL AND
[PROPOSED] ORDER – 3:12-cv-06575 JSW (LB)

| | | |
|---|---|---|
| 1 | Dated: August 2, 2013 | By: /s/ Viral Tolat |
| 2 | | Viral Tolat |
| 3 | | |
| 4 | Dated: August 2, 2013 | FARELLA BRAUN + MARTEL LLP |
| 5 | | |
| 6 | | |
| 7 | | By: /s/ John L. Cooper |
| | | John L. Cooper |
| 8 | | Attorneys for Defendant |
| 9 | | Viral Tolat |
| 10 | | |
| 11 | Dated: August 2, 2013 | CADWALADER, WICKERSHAM & TAFT LLP |
| 12 | | |
| 13 | | By: /s/ Steven G. Eckhaus |
| | | Steven G Eckhaus |
| 14 | | Former Attorneys for Defendant |
| 15 | | Viral Tolat |
| 16 | | |
| 17 | Dated: August 2, 2013 | KATTEN MUCHIN ROSENMANN LLP |
| 18 | | |
| 19 | | By: /s/ Jarin R. Jackson |
| | | Jarin R. Jackson |
| 20 | | Former Attorneys for Defendant |
| 21 | | Viral Tolat |

23  IT IS SO ORDERED.

25  Dated: August 5, 2013

Hon. Jeffrey S. White
United States District Judge

NOTICE OF SUBSTITUTION OF COUNSEL AND
[PROPOSED] ORDER –3:12-cv-06575 JSW (LB)       - 2 -