IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTEGRAL DEVELOPMENT CORP., | No. 12-CV-06575 JSW |
| Plaintiff and Counter-Defendant, | **ORDER VACATING HEARING** |
| v. | |
| VIRAL TOLAT, | |
| Defendant and Counter-Plaintiff. | |

This matter is scheduled for a hearing on the cross motions to dismiss filed by the parties. The Court has considered the parties' papers, relevant legal authority, and the record in this case, and it finds the motion suitable for disposition without oral argument. *See* N.D. Civ. L.R. 7-1(b). The Court VACATES the hearing scheduled for October 4, 2013. The motion is deemed submitted, and the Court shall issue a written ruling in due course. If the parties wish to bring additional authority to the attention of the Court, they may submit notices of additional authority and need not seek leave of court to do so.

**IT IS SO ORDERED.**

Dated: September 25, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE