John L. Cooper (SB No. 050324)
  jcooper@fbm.com
Stephanie P. Skaff (SB No. 183119)
  sskaff@fbm.com
Kelly A. Woodruff (SB No. 160235)
  kwoodruff@fbm.com
Anthony P. Schoenberg (SB No. 203714)
  aschoenberg@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480

Attorneys for Defendant and Counter-Plaintiff  VIRAL TOLAT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INTEGRAL DEVELOPMENT CORP., a California corporation,<br><br>    Plaintiff and Counter-Defendant,<br><br>vs.<br><br>VIRAL TOLAT, an individual, and DOES 1-20,<br><br>    Defendant and Counter-Plaintiff. | Case No. 3:12-CV-06575-JSW (LB)<br><br>[~~PROPOSED~~] ORDER ON JOINT [~~PROPOSED~~] CASE MANAGEMENT SCHEDULING ORDER |

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

29322\3895387.1

[~~PROPOSED~~] ORDER ON JOINT [~~PROPOSED~~] CASE MAN. SCHEDULING ORDER/ Case No. 3:12-CV-06575-JSW (LB)

# BACKGROUND

The parties held a discovery Case Management Conference with Magistrate Judge Beeler this afternoon that raised issues concerning the current briefing schedule on motions for summary judgment, for preliminary injunction and for spoliation. With Magistrate Judge Beeler's assistance, the parties agreed on the following proposed schedule for briefing, and will address remaining discovery issues with Magistrate Judge Beeler in the next few days so that all issues are resolved and the parties can present a streamlined set of dispositive motions for the District Courts consideration:

| TASK | DEADLINE |
|---|---|
| LD for parties to submit opening briefs on motions for summary judgment and motions re spoliation | November 15 |
| LD for parties to submit opposition briefs to motions for summary judgment and motions re spoliation | December 6 |
| LD for parties to submit reply briefs to motions for summary judgment and motions re spoliation | December 13 |
| Hearing Date on all motions | Court's Convenience |

**Pursuant to the stipulation of the parties, the schedule in this action is amended as follows**:

| TASK | DEADLINE |
|---|---|
| LD for parties to submit opening briefs on motions for summary judgment and motions re spoliation | November 15 |
| LD for parties to submit opposition briefs to motions for summary judgment and motions re spoliation | December 6 |
| LD for parties to submit reply briefs to motions for summary judgment and motions re spoliation | December 13 |
| Hearing Date on all motions | January 17 |

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

- 1 -    29322\3895387.1

[P~~ROPOSED~~] ORDER JOINT [P~~ROPOSED~~] CASE MANAGEMENT SCHEDULING ORDER / Case No. 3:12-CV-06575-JSW (LB)

1    **IT IS SO ORDERED.**

2

3

4    DATED: September 30, 2013

5    _____
     Honorable Jeffrey S. White
6    United States District Judge

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

- 2 -     29322\3895387.1

[P~~ROPOSED~~] ORDER JOINT [P~~ROPOSED~~] CASE MANAGEMENT SCHEDULING ORDER / Case No. 3:12-CV-06575-JSW (LB)