1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

INTEGRAL DEVELOPMENT
CORPORATION,

        Plaintiff,

   v.

VIRAL TOLAT and DOES 1-20, inclusive,

        Defendants.

_____/

No. C 12-06575 JSW

**ORDER VACATING HEARING**

     Pursuant to Civil Local Rule 7-1(b), the Court finds that the pending motions which have been noticed for hearing on Friday, January 17, 2014 at 9:00 a.m., are appropriate for decision without oral argument. Accordingly, the hearing date is hereby VACATED. The motions will be taken under submission and decided on the papers.

     **IT IS SO ORDERED.**

Dated:  January 10, 2014

                                    _____
                                    JEFFREY S. WHITE
                                    UNITED STATES DISTRICT JUDGE