1  John L. Cooper (State Bar No. 050324)
   jcooper@fbm.com
2  Stephanie P. Skaff (State Bar No. 183119)
   sskaff@fbm.com
3  Kelly A. Woodruff (State Bar No. 160235)
   kwoodruff@fbm.com
4  Anthony P. Schoenberg (State Bar No. 203714)
   aschoenberg@fbm.com
5  Farella Braun + Martel LLP
   235 Montgomery Street, 17th Floor
6  San Francisco, CA  94104
   Telephone:  (415) 954-4400
7  Facsimile:  (415) 954-4480

8  Attorneys for Defendant and Counter-Claimant
   VIRAL TOLAT
9

10                 UNITED STATES DISTRICT COURT

11               NORTHERN DISTRICT OF CALIFORNIA

12                  SAN FRANCISCO DIVISION

13

14  INTEGRAL DEVELOPMENT CORP.,          Case No. 3:12-CV-06575-JSW (LB)
    a California corporation,
15                                        **JOINT STIPULATION TO MODIFY THE**
            Plaintiff and Counter-Defendant,  **SCHEDULE AND [~~PROPOSED~~] ORDER**
16
            vs.
17
    VIRAL TOLAT, an individual, and
18  DOES 1-20,

19          Defendant and Counter-Claimant.

20

21

22

23

24

25

26

27

28

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

**JOINT STIPULATION TO MODIFY THE**
**SCHEDULE AND [~~PROPOSED~~] ORDER**
Case No. 3:12-CV-06575-JSW (LB)                           29322\4283480.1

## JOINT STIPULATION TO MODIFY SCHEDULING ORDER

WHEREAS, the Court set a further status conference for April 25, 2014 at 11:00 a.m., but stated that "[t]he Court is amendable to continuance of the status conference should the parties require more time and so stipulate." (Dkt. 272.)

WHEREAS the parties require more time because they are engaged in settlement discussions and have a settlement conference scheduled with Magistrate Judge Corley on May 2, 2012 at 11:00 a.m.

THE PARTIES HEREBY STIPULATE AS FOLLOWS:

The parties jointly request that the Court continue the status conference until May 15, 2014.

Respectfully submitted:

Dated: April 11, 2014           COMPUTERLAW  GROUP LLP

By:      /s/  Jack Russo
          Jack Russo
          Attorneys for Plaintiff
          Integral Development Corp.

Dated: April 11, 2014           FARELLA BRAUN + MARTEL LLP

By:      /s/  Kelly A. Woodruff
          Kelly A. Woodruff
          Attorneys for Defendant
          Viral Tolat

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

**JOINT STIPULATION TO MODIFY THE**
**SCHEDULE AND [PROPOSED] ORDER**
Case No. 3:12-CV-06575-JSW (LB)

- 1 -

29322\4283480.1

1

## [PROPOSED] ORDER

2

3        The parties have stipulated to continue the upcoming status conference until May 15,

4  2014.  Finding that the requested change in the schedule is not made for an improper purpose, and

5  that the modification will further the interests of justice, the Court hereby grants the parties' joint

6  stipulation.  The Court HEREBY VACATES the April 25, 2014 status conference and HEREBY

                                            June 20, 2014
7  SETS a further status conference for ~~May 15, 2014~~ at 11:00 a.m.  The parties' joint status

                                            June 13, 2014
8  statement shall be filed no later than ~~May 8, 2014~~.

9  IT IS SO ORDERED.

10  Dated:  __April 14__, 2014                          _____
                                                         Hon. Jeffrey S. White
11                                                       United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

**JOINT STIPULATION TO MODIFY THE
SCHEDULE AND [PROPOSED] ORDER**          - 3 -                          29322\4283480.1
**Case No. 3:12-CV-06575-JSW (LB)**