| | UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>CAND 435<br>(CAND Rev. •/2013) | TRANSCRIPT ORDER<br>Please use one form per court reporter.<br>CJA counsel please use Form CJA24<br>Please read instructions on next page. | COURT USE ONLY<br>DUE DATE: |
|---|---|---|---|

| 1a. CONTACT PERSON FOR THIS ORDER<br>Lauren Jensen | 2a. CONTACT PHONE NUMBER<br>(415) 954-3505 | 3a. CONTACT EMAIL ADDRESS<br>LJensen@fbm.com |
|---|---|---|
| 1b. ATTORNEY NAME (if different)<br>Anthony P Schoenberg | 2b. ATTORNEY PHONE NUMBER<br>(415) 954-4963 | 3b. ATTORNEY EMAIL ADDRESS<br>TSchoenberg@fbm.com |

| 4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)<br>Farella Braun + Martel LLP<br>235 Montgomery Street, San Francisco, CA 94104 | 5. CASE NAME<br>Integral Development Corp v Viral Tolat | 6. CASE NUMBER<br>4:12cv06575 |
|---|---|---|
| 7. COURT REPORTER NAME ( FOR FTR, LEAVE BLANK AND CHECK BOX)→ ☐ FTR<br>Candace Yount | 8. THIS TRANSCRIPT ORDER IS FOR:<br>☒ APPEAL ☐ CRIMINAL ☐ In forma pauperis (NOTE: Court order for transcripts must be attached)<br>☐ NON-APPEAL ☒ CIVIL ■ CJA: Do not use this form; use Form CJA24 | |

9. TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

| a. HEARING(S) (OR PORTIONS OF HEARINGS) | | | | b. SELECT FORMAT(S) (NOTE: ECF access is included with purchase of PDF, text, paper or condensed.) | | | | | c. DELIVERY TYPE (Choose one per line) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DATE | JUDGE (initials) | TYPE (e.g. CMC) | PORTION If requesting less than full hearing, specify portion (e.g. witness or time) | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | ECF ACCESS (web) | ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | DAILY (Next day) | HOURLY (2 hrs) | REALTIME |
| | LB | Disc | 4/22/2013 3:34- 4:10 pm | ● | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ⦿ | ○ | ○ |
| | LB | Disc | 5/30/2013 12:30-12:49 p | ● | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ⦿ | ○ | ○ |
| | LB | Disc | 9/12/2013 9:37- 9:50 am | ● | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ⦿ | ○ | ○ |
| | LB | Disc | 9/26/2013 12:15-12:48 p | ● | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ⦿ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |

10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:

The form won't allow entry of ten digits as required by the "date" field format. We are ordering entire transcripts, not portions.

ORDER & CERTIFICATION (11. & 12.) By signing below, I certify that I will pay all charges (deposit plus additional).

11. SIGNATURE [signature]

12. DATE
04/15/2014

DISTRIBUTION: ☐ COURT COPY ☐ TRANSCRIPTION COPY ☐ ORDER RECEIPT ☐ ORDER COPY

29322/4292707