UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
MAGISTRATE JUDGE JACQUELINE SCOTT CORLEY

## CIVIL MINUTES

**Case No.**: 12-cv-06575-JSW (JSC)

**Case Name:** Integral Development Corp v. Tolat

**Date:** May 27, 2014  **Time:** 1 H

**Deputy Clerk:** Karen Hom  **Court Reporter:** Not Reported

**Attorney for Plaintiff:** Jack Russo (T)*
**Attorney for Defendant:** John Cooper (T)*

## PROCEEDINGS

(X) Telephonic Settlement Conference - Held

( ) Further Settlement Conference

  ( ) Case Settled  ( ) Case Did Not Settle  ( ) Partial Settlement

( ) Telephonic Scheduling Conference

( ) Discovery Conference – Lead Trial Counsel Meet and Confer

( ) Status Conference

( ) Other

**Notes:** Final details of partial settlement agreement resolved.

**cc:**

*Telephonic Appearance