1  John L. Cooper (State Bar No. 050324)
   jcooper@fbm.com
2  Stephanie P. Skaff (State Bar No. 183119)
   sskaff@fbm.com
3  Kelly A. Woodruff (State Bar No. 160235)
   kwoodruff@fbm.com
4  Anthony P. Schoenberg (State Bar No. 203714)
   aschoenberg@fbm.com
5  Farella Braun + Martel LLP
   235 Montgomery Street, 17th Floor
6  San Francisco, CA  94104
   Telephone:  (415) 954-4400
7  Facsimile:  (415) 954-4480

8  Attorneys for Defendant and Counter-Claimant
   VIRAL TOLAT
9

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                  SAN FRANCISCO DIVISION

13

14  INTEGRAL DEVELOPMENT CORP.,          Case No. 4:12-CV-06575-JSW (LB)
    a California corporation,
15                                       **JOINT STIPULATION TO MODIFY THE
           Plaintiff and Counter-Defendant,   SCHEDULE AND [PROPOSED] ORDER**
16
    vs.
17
    VIRAL TOLAT, an individual, and
18  DOES 1-20,

19         Defendant and Counter-Claimant.

20

21

22

23

24

25

26

27

28

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

**JOINT STIPULATION TO MODIFY THE
SCHEDULE AND [PROPOSED] ORDER**
Case No. 4:12-CV-06575-JSW (LB)

29322\4421437.1

JOINT STIPULATION TO MODIFY SCHEDULING ORDER

WHEREAS, the Court set a further status conference for April 25, 2014 at 11:00 a.m., but stated that "[t]he Court is amendable to continuance of the status conference should the parties require more time and so stipulate."  (Dkt. 272.)

WHEREAS the Court continued the further status conference until June 20, 2014. (Dkt. 285.)

WHEREAS the parties require more time because they are engaged in settlement discussions and, may need a final telephonic conference with Judge Corley to finalize a partial settlement agreement that resolves the balance of the resolvable issues and will allow for entry of a Final Judgment by the Court by the July 15, 2014.

THE PARTIES HEREBY STIPULATE AS FOLLOWS:

The parties jointly request that the Court continue the status conference until July 25, 2014.

Respectfully submitted:

Dated:  June 13, 2014     COMPUTERLAW  GROUP LLP


By:  */s/ Jack Russo*
       Jack Russo
       Attorneys for Plaintiff
       Integral Development Corp.

Dated:  June 13, 2014     FARELLA BRAUN + MARTEL LLP


By:  */s/ John L. Cooper*
       John L. Cooper
       Attorneys for Defendant
       Viral Tolat

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

**JOINT STIPULATION TO MODIFY THE SCHEDULE AND [PROPOSED] ORDER**
Case No. 4:12-CV-06575-JSW (LB)

- 1 -

29322\4421437.1

# [~~PROPOSED~~] ORDER

The parties have stipulated to continue the upcoming status conference until July 25, 2014. Finding that the requested change in the schedule is not made for an improper purpose, and that the modification will further the interests of justice, the Court hereby grants the parties' joint stipulation. The Court HEREBY VACATES the June 20, 2014 status conference and HEREBY SETS a further status conference for July 25 at 11:00 a.m. The parties' joint status statement shall be filed no later than July 18, 2014.

IT IS SO ORDERED.

Dated: __June 16__, 2014                    _____
                                            Hon. Jeffrey S. White
                                            United States District Judge

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

**JOINT STIPULATION TO MODIFY THE SCHEDULE AND [~~PROPOSED~~] ORDER**
Case No. 4:12-CV-06575-JSW (LB)

- 3 -

29322\4421437.1