1   John L. Cooper (State Bar No. 050324)
    jcooper@fbm.com
2   Stephanie P. Skaff (State Bar No. 183119)
    sskaff@fbm.com
3   Kelly A. Woodruff (State Bar No. 160235)
    kwoodruff@fbm.com
4   Anthony P. Schoenberg (State Bar No. 203714)
    aschoenberg@fbm.com
5   Farella Braun + Martel LLP
    235 Montgomery Street, 17th Floor
6   San Francisco, CA  94104
    Telephone:  (415) 954-4400
7   Facsimile:  (415) 954-4480

8   Attorneys for Defendant and Counter-Claimant
    VIRAL TOLAT
9

10              UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12                   OAKLAND DIVISION

13

14  INTEGRAL DEVELOPMENT CORP.,        Case No. 4:12-CV-06575-JSW (LB)
    a California corporation,
15                                     **JOINT STIPULATION TO CONTINUE
            Plaintiff and Counter-Defendant,   STATUS CONFERENCE AND
16                                     [PROPOSED] ORDER**
            vs.
17
    VIRAL TOLAT, an individual, and
18  DOES 1-20,

19          Defendant and Counter-Claimant.

20

21

22

23

24

25

26

27

28

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

**JOINT STIPULATION TO CONTINUE STATUS
CONFERENCE AND [PROPOSED] ORDER**
Case No. 4:12-CV-06575-JSW (LB)

29791\4476110.2

## JOINT STIPULATION TO CONTINUE STATUS CONFERENCE

WHEREAS, the Court set a further status conference for April 25, 2014 at 11:00 a.m., but stated that "[t]he Court is amendable to continuance of the status conference should the parties require more time and so stipulate."  (Dkt. 272.)

WHEREAS the Court continued the further status conference until June 20, 2014. (Dkt. 285.)

WHEREAS the Court continued the further status conference until July 25, 2014 at 11:00 am.  (Dkt. 298.)

WHEREAS the parties filed a Joint Status Report on July 18, 2015, notifying the Court that the parties had finalized and signed a settlement agreement effective July 15, 2014, but that the stipulated dismissal and final judgment would not be filed until the parties completed the tender of consideration under the agreement.

WHEREAS the Court notified the parties that they should file a stipulation and proposed order continuing the status conference of July 25, 2014 with sufficient time to allow the parties to finalize the settlement and allow for entry of a Final Judgment by the Court.

THE PARTIES HEREBY STIPULATE AS FOLLOWS:

The parties jointly request that the Court continue the status conference until September 12, 2014.

Respectfully submitted:


Dated:  July 22, 2014                      COMPUTERLAW  GROUP LLP


By:____ */s/ Chris Sargent*_____
            Chris Sargent
            Attorneys for Plaintiff
            Integral Development Corp.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

**JOINT STIPULATION TO CONTINUE STATUS CONFERENCE AND [PROPOSED] ORDER**
Case No. 4:12-CV-06575-JSW (LB)

- 1 -

29791\4476110.2

1    Dated:  July 22, 2014         FARELLA BRAUN + MARTEL LLP

2

3                      By:     */s/ John L. Cooper*
                             John L. Cooper

4                              Attorneys for Defendant
                             Viral Tolat

5

6

7

8                       **ATTORNEY ATTESTATION**

9        As required by General Order 45, I attest that I have obtained concurrence in the filing of

10 this document from the signatories indicated by the conformed signature (/s/) in this electronically

11 filed document

12

13                      By:    */s/ John L. Cooper*

14                            John L. Cooper

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**JOINT STIPULATION TO CONTINUE STATUS
CONFERENCE AND [PROPOSED] ORDER**
Case No. 4:12-CV-06575-JSW (LB)

       - 2 -

                                    29791\4476110.2

1

**[PROPOSED] ORDER**

2

3       The parties have stipulated to continue the upcoming status conference until

September 12, 2014.  Finding that the requested change in the schedule is not made for an

4

improper purpose, and that the modification will further the interests of justice, the Court hereby

5

grants the parties' joint stipulation.  The Court HEREBY VACATES the July 25, 2014 status

6

conference and HEREBY SETS a further status conference for September 12 at 11:00 a.m.  If the

7

parties have not yet filed their stipulated dismissal and final judgment, the parties' joint status

8

statement shall be filed no later than September 5, 2014.

9

10      IT IS SO ORDERED.

11

12

Dated:  Juuly 22      , 2014      _____

13                                           Hon. Jeffrey S. White

                                           United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

**JOINT STIPULATION TO CONTINUE STATUS**
**CONFERENCE AND [PROPOSED] ORDER**
Case No. 4:12-CV-06575-JSW (LB)

- 3 -

29791\4476110.2