Jack Russo (Cal. Bar No. 96068)
Christopher Sargent (Cal. Bar No. 246285)
COMPUTERLAW GROUP LLP
401 Florence Street
Palo Alto, CA 94301
(650) 327-9800
(650) 618-1863 fax
jrusso@computerlaw.com
csargent@computerlaw.com

Myron Moskovitz (Cal. Bar No. 36476)
90 Crocker Ave.
Piedmont, CA 94611
(510) 384-0354
myronmoskovitz@gmail.com

Attorneys for Plaintiff/Appellant
INTEGRAL DEVELOPMENT CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **Integral Development Corporation**, an individual,<br><br>Plaintiff<br><br>v.<br><br>**Viral Tolat**, an individual,<br><br>Defendant. | **Case No. 4:12-cv-06575-JSW (LB)**<br><br>**NOTICE OF APPEAL** |

# NOTICE OF APPEAL

Integral Development Corporation gives notice that it appeals in the above-named case to the United States Court of Appeals for the Ninth Circuit from the Final Judgment entered on July 25, 2014, Docket # 307.

Respectfully submitted,

Dated: August 22, 2014

COMPUTERLAW GROUP LLP

By: _____*/s/ Jack Russo*_____
Jack Russo
Christopher Sargent

Attorneys for Plaintiff/Appellant
INTEGRAL DEVELOPMENT CORPORATION

## REPRESENTATION STATEMENT

The undersigned firms represent Integral Development Corporation, plaintiff and appellant in this matter, and no other party. Attached is a service list that shows all of the parties to the action below, and identifies their counsel by name, firm, address, telephone number, and e-mail address.

Respectfully submitted,

Dated: August 22, 2014  COMPUTERLAW GROUP LLP

By: _____*/s/ Jack Russo*_____
Jack Russo
Christopher Sargent

Attorneys for Plaintiff/Appellant
INTEGRAL DEVELOPMENT
CORPORATION

Dated: August 22, 2014

By: _____*/s/ Myron Moskovitz*_____
Myron Moskovitz

Attorney for Appellant
INTEGRAL DEVELOPMENT
CORPORATION

## Attorney Attestation

As required by Civil Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from the signatories indicated by a conformed signature (/s/) within this e-filed document.

_____*/s/ Jack Russo*_____
Jack Russo, Esq.

# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. I work with the law firm of Computerlaw Group LLP, whose address is 401 Florence Street, Palo Alto, California 94301. On August 22, 2014, I caused to be served this Notice of Appeal, Representation Statement, and Certificate of Service, in the appeal from Case Number 4:12-cv-06575-JSW (LB), by electronic mail and United States First Class Mail on the persons identified below:

John L. Cooper
Stephanie Skaff
Kelly Woodruff
Anthony Schoenberg
Cathleen Garrigan
Morgan Jackson
FARELLA BRAUN + MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Email: jcooper@fbm.com
sskaff@fbm.com
kwoodruff@fbm.com
tshoenberg@fbm.com
cgarrigan@fbm.com
mjackson@fbm.com

Counsel for Defendant/Respondent
VIRAL TOLAT

Jack Russo
Christopher Sargent
COMPUTERLAW GROUP LLP
401 Florence Street
Palo Alto, CA 94301
Telephone: (650) 327-9800
Email: jrusso@computerlaw.com
csargent@computerlaw.com

Counsel for Plaintiff/Appellant
INTEGRAL DEVELOPMENT
CORPORATION

Myron Moskovitz
90 Crocker Ave.
Piedmont, CA 94611
(510) 384-0354
myronmoskovitz@gmail.com
Telephone (510) 384-0354

Counsel for Appellant
INTEGRAL DEVELOPMENT
CORPORATION

| | |
|---|---|
| ☒ MAIL: I am readily familiar with the firm's practice of collection and processing correspondence for mailing. The document(s) described would be sealed in an envelope which would be deposited with the United States Postal Service on the above-listed date with full postage prepaid in the ordinary course of business. | ☐ FAX: I caused to be transmitted via facsimile the document(s) listed above to the fax number(s) set forth below on above-listed date. The transmission was reported as complete and without error by the facsimile machine at telephone number (650) 327-3737, and a copy of the properly-issued transmission report(s) are attached. |
| ☐ GSO: I am readily familiar with the practice of Computerlaw Group LLP for collection and processing of correspondence for overnight delivery and know that the document(s) described herein were deposited on the date set forth below in a box or other facility regularly maintained by Golden State Overnight for overnight delivery in an envelope or package designated by GSO with delivery fees paid or provided for, addressed to the person(s) at the address(es) set forth below. | ☐ PERSONAL: I personally served the above-listed documents to the person(s) at the address(es) set forth below by: (a) handing to the person(s); or, (b) leaving it at the person'(s) office with a clerk or other person in charge, or if no one was in charge, leaving it in a conspicuous place in the office. |
| ☐ HAND: I personally delivered the above-listed documents on the date set forth above to an authorized courier to be served by hand by said courier on the date set forth above to the person(s) at the address(es) set forth below. | ☒ ELECTRONIC MAIL: I caused a true copy of the foregoing document(s) to be served on counsel via e-mail at the addresses set forth above. Each e-mail was complete and no reports of error were received. |

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct based upon my personal knowledge.

Executed on August 22, 2014 in Palo Alto, California.

                                               */s/Marwa Elkady*
                                              Marwa Elkady

**Computerlaw Group LLP**
www.computerlaw.com℠