IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

INTEGRAL DEVELOPMENT CORPORATION,

    Plaintiff,

v.

VIRAL TOLAT,

    Defendant.

No. C 12-06575 JSW

**ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING *DE NOVO* MOTION FOR ATTORNEYS' FEES AND COSTS**

This matter comes before the Court upon consideration of the Report and Recommendation ("Report") issued by Magistrate Judge Laurel Beeler, in which she recommends that the Court deny Defendant Viral Tolat's motion for attorneys' fees and costs. On December 26, 2014, Defendant filed objections to the Report and a motion for *de novo* determination of fees.

Pursuant to Civil Local Rule 7-1(b), the Court finds that the motion noticed for hearing on Friday, February 27, 2015 at 9:00 a.m., is appropriate for decision without oral argument. Accordingly, the hearing date is hereby VACATED. Having considered the Report, the parties' papers, relevant legal authority, the record in this case,[1] and having reviewed the matter *de*

---

[1] In addition, Defendant's administrative motion to augment the record is GRANTED and Plaintiff's request to further supplement the record is GRANTED.

*novo*, the Court finds the Report thorough and well-reasoned and adopts it in every respect. Accordingly, Defendant's motion for attorneys' fees and costs is DENIED.

**IT IS SO ORDERED.**

Dated: February 12, 2015

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE